IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBRA L. HIESTERMAN, | ) | 4:08CV3191 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LINCOLN PUBLIC SCHOOLS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. Plaintiff filed her Complaint on September 10, 2008. (Filing No. 1.) On that same date, Plaintiff received five blank summons forms for Plaintiff to serve Defendants. (*Id.*; *see also* Filing No. 2.)

    Pursuant to Federal Rule of Civil Procedure 4, service on Defendants must have been completed within 120 days after the Complaint was filed, or by January 8, 2009. Fed. R. Civ. P. 4(m). Plaintiff has never returned a completed summons form to the Clerk of the court for service on Defendants, and no Defendant has been served with summons. (*See* Docket Sheet.)

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff failed to serve summons on Defendants by January 8, 2009. Plaintiff shall have until April 20, 2009 to show cause why this case should not be dismissed.

    2.    If Plaintiff does not respond, or if good cause is not shown, this action will be dismissed without prejudice and without further notice.

    3.    The Clerk of the court is directed to set a pro se case management deadline with the following text: April 20, 2009: deadline for Plaintiff to show cause why service of process was not completed.

March 23, 2009.                      BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          Chief United States District Judge