IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBRA L. HIESTERMAN, | ) | 4:08CV3191 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LINCOLN PUBLIC SCHOOLS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On March 23, 2009, the court entered a Memorandum and Order ordering Plaintiff to show cause why she had not yet completed service of process. (Filing No. 4.) In response, Plaintiff filed a response and requested additional time to serve Defendants. (Filing No. 5.) For good cause shown, Plaintiff will be permitted an additional 60 days in which to complete service of process on Defendants. In the event that Plaintiff fails to do so, this matter will be dismissed without prejudice and without further notice.

IT IS THEREFORE ORDERED that:

1. Plaintiff is permitted additional time to serve Defendants. The Clerk of the court is directed to send to Plaintiff five additional blank summons forms. Plaintiff shall, as soon as possible, complete the forms and send the completed forms back to the Clerk of the court. In the absence of the forms, service of process cannot occur.

2. Upon receipt of the completed forms, the Clerk of the court will sign the summons forms, and will forward the forms back to Plaintiff for service of process.

3. Fed. R. Civ. Pro. 4 requires service of the complaint on a defendant

within 120 days of filing the complaint. However, on the court's own motion, Plaintiff shall have until **June 29, 2009** to complete service of process. **No further extensions of time to serve Defendants will be permitted.**

4. In the event that Plaintiff fails to complete service of process on Defendants by June 29, 2009, this matter will be dismissed without prejudice and without further notice.

5. The Clerk of Court is directed to set a pro se case management deadline in this case with the following text: "June 29, 2009: Check for completion of service of summons and dismiss if not completed"

6. The parties are bound by the Federal Rules of Civil Procedure and by the Local Rules of this court. Plaintiff shall keep the court informed of his current address at all times while this case is pending. Failure to do so may result in dismissal.

April 29, 2009.	BY THE COURT:

	s/ Joseph F. Bataillon
	Chief United States District Judge